UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

MICHAEL JORDAN and
THOMAS EVANS DUNIGAN,

        Defendant(s).

CASE NO. CR05-5823RBL

MINUTE ORDER

NOW, on this 1ST day of June, 2006, the Court directs the Clerk to enter the following Minute Order:

A motion hearing was conducted and argument presented. Defendant Jordan has joined in the motions in limine. For the reasons stated orally, on the record, the ruling on the defendants' Motions in Limine to exclude any reference at trial to the following evidence is as follows:

#1. Alleged gang membership is Granted;
#2. Prior convictions is Granted;
#3. Alleged domestic violence is Granted;
#4. Personality traits including alleged temper is Granted;
#5. Alleged association with guns is Denied;
#6. Statement to police - is Denied;
#7. Evidence and statements made by Christopher Jerry regarding the Stephanie incident is Denied;
#8. Informant testimony is Denied;
#9. Co-conspirator statement is Denied;
#10. Language in Indictment is Granted;

The foregoing Minute Order entered by   s/Jean Boring  , Deputy Clerk, BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON, UNITED STATES DISTRICT JUDGE.

Minute Order - 1