Judge Leighton

05-CR-05823-ORD

FILED ___ LODGED
___ RECEIVED

JAN 18 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR05-5823RBL |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| MICHAEL ANTONIO JORDAN, THOMAS EVANS DUNIGAN, and MARKUS VERNON MOORE, | |
| Defendants. | |

Having read the Notice of Intent to Introduce Evidence of Other Crimes, Wrongs, or Acts Pursuant to FRE 404(b), and Motion for Reconsideration in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Notice of Intent be allowed to remain under seal,

It is hereby ORDERED that the Notice of Intent to Introduce Evidence of Other Crimes, Wrongs, or Acts Pursuant to FRE 404(b), and Motion for Reconsideration in this matter shall remain sealed.

DATED this 18th day of January, 2007.

RONALD B. LEIGHTON
United States District Judge

Order to Seal/U.S. v. Jordan, et al. - 1
CR05-5823RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800