Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR05-5823RBL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| MICHAEL A. JORDAN, | ) | |
| THOMAS EVANS DUNIGAN, and | ) | |
| MARKUS V. MOORE, | ) | |
| | ) | |
| Defendants. | ) | |

Having read the Government's Motion in Limine regarding Polygraph Examination and Results in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Motion in Limine be allowed to remain under seal,

It is hereby ORDERED that the Motion in Limine regarding Polygraph Examination and Results in this matter shall remain sealed.

DATED this 24th day of January, 2007.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order to Seal Polygraph/U.S. v. Michael A. Jordan, et al. - 1
CR05-5823RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800