Judge Leighton

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5823RBL |
| Plaintiff, | ) | |
| v. | ) | ORDER EXCLUDING ALL EVIDENCE OR REFERENCES TO POLYGRAPH EXAMINATIONS AND RESULTS |
| MICHAEL A. JORDAN, THOMAS EVANS DUNIGAN, and MARKUS V. MOORE, | ) | |
| Defendants. | ) | |

After consideration of the government's motion in limine to exclude all polygraph evidence, to include examinations administered and the results thereof, and any responses filed thereto, and after consideration of all of the evidence presented at any hearing on the motion,

IT IS HEREBY ORDERED that the government's motion in limine to exclude all polygraph evidence and references by counsel or witnesses to any polygraph examinations or results, is GRANTED.

DATED this 25th day of January, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/Gregory A. Gruber
GREGORY A. GRUBER
Assistant United States Attorney

Order re Polygraph /CR05-5823RBL
U.S. v. Michael A. Jordan, et al.

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800