Judge Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL JORDAN,<br>THOMAS DUNIGAN, and<br>MARKUS MOORE,<br><br>　　　　　Defendants. | NO.   CR05-5823RBL<br><br>ORDER |

THIS MATTER having come before the Court upon a motion by defendant Jordan for a continuance of the trial, and the Court being fully advised in the matter and having considered the motion and attached affidavit of defense counsel, and having heard from all parties at the January 26, 2007, hearing concerning the arraignment of the defendants on the Fourth Superseding Indictment and the Pretrial Conference,

THE COURT HEREBY FINDS that:

(1)  a Fourth Superseding Indictment, which added a new charge of First Degree Felony Murder as to all three defendants, was returned on January 24, 2007; and

(2)  due to the need of counsel for defendant Jordan to explore issues of some complexity, including all relevant issues and defenses applicable to the case in general and the new charge and some new discovery in particular, it appears that defendant Jordan could not be fully prepared for

ORDER, Continuance of Trial/U.S. v. Jordan et al, — 1
CR05-5823RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 | trial as scheduled on February 5, 2007;

2

3 |     IT IS HEREBY ORDERED that:

4 |     (1)  the trial date is continued from February 5, 2007 to February 26, 2007;

5 |     (2)  the resulting period of delay from January 26, 2007 through February 26, 2007 is

6 | excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice

7 | served by granting this continuance outweigh the best interests of the public and the defendants in

8 | a speedy trial;

9 |     (3)  the resulting period of delay from January 26, 2007 through February 26, 2007 is also

10 | excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(B), because the defense needs

11 | time to explore issues of some complexity, including all relevant issues and defenses applicable to

12 | the case, which would make it unreasonable to expect adequate preparation for pretrial

13 | proceedings or for the trial itself within the time limits previously set for this case; and

14 |     (4)  defendants Thomas Dunigan and Markus Moore, over their objection, are included in

15 | this Order pursuant to 18 U.S.C. § 3161(h)(7).

16

17 |     IT IS SO ORDERED this 1st day of February, 2007.

                                        RONALD B. LEIGHTON

18 |                                         UNITED STATES DISTRICT JUDGE

19

20 | Presented by:

21 |   s/
    GREGORY A. GRUBER

22 | Assistant United States Attorney

ORDER, Continuance of Trial/U.S. v. Jordan et al, — 2
CR05-5823RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800