HONORABLE RONALD B. LEIGHTON

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>MICHAEL JORDAN,<br><br>          Defendant, | NO.  CR 05-5823RBL<br><br>STIPULATED ORDER FOR PSYCHOLOGICAL EVALUATION |

THIS MATTER having come on regularly before the above-entitled Court upon the motion of the Defendant, Michael Jordan, by and through his attorney of record, Charles A. Johnston, and the Court having heard the arguments of counsel and otherwise being fully advised of the premises herein and having reviewed all the records and files herein, it is hereby

ORDERED that Allen Traywick, PhD, shall conduct a Psychological Evaluation of the Defendant, Michael Jordan.  It is further

ORDERED that the evaluation be filed with the Court with copies provided to counsel for the defense, Charles A. Johnston, and to Assistant United States Attorney, Greg Gruber.  It is further

ORDERED that the evaluation shall include:

(1) Defendants history and present symptoms;

*STIPULATED ORDER FOR PSYCHOLOGICAL EVALUATION  - 1*

**CHARLES A. JOHNSTON**
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090

(2) A description of the psychiatric, psychological and medical tests that are employed and the results;

(3) The examiner's findings;

(4) The examiner's opinion as to diagnosis, prognosis and any recommendation the examiner may have as to how the medical condition of the Defendant should effect the sentence. It is further

ORDERED that the cost for said evaluation of ($2,000.00) Two Thousand Dollars, is approved. It is further

ORDERED that Allen Traywick, PhD is allowed inside the Federal Detention Center to conduct the evaluation. It is further

ORDERED that said evaluation shall be prepared and filed with the Court under seal and copies to be provided to counsel for the defense, Charles A. Johnston, and the Assistant United States Attorney, Greg Gruber, within (45) forty-five days of the date of this Order.

Dated this 2nd day of May, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

DATED this 30th day of April, 2007.

Presented By:

/s/
_____
Charles A. Johnston, WSBA No. 9058
Attorney for Defendant
202 East 34th Street
Tacoma, Washington 98404

DATED this 26th day of April, 2007.

By:
*Telephonically Approved*
_____
Greg Gruber
Assistant United States Attorney
733 Market Street, 4th Floor
Tacoma, Washington 98402

*STIPULATED ORDER FOR PSYCHOLOGICAL EVALUATION  - 2*

**CHARLES A. JOHNSTON**
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090

*STIPULATED ORDER FOR PSYCHOLOGICAL EVALUATION  - 3*

**CHARLES A. JOHNSTON**
ATTORNEY AT LAW
202 E. 34TH ST.
TACOMA, WA 98404
(253) 473-3090